# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN REGISTRY OF PATHOLOGY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1678 (RMC) |
| OHIO CASUALTY INSURANCE CO., | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment [Dkt. # 33] is **DENIED**, and Defendant's Motion for Summary Judgment [Dkt. # 34] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is dismissed from the docket of the Court.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

Dated:  November 15, 2006.                    _____/s/_____
                                             ROSEMARY M. COLLYER
                                             United States District Judge